**CV 14      3905**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**VITALIANO, J.**

Kenneth Eng

Plaintiff

COMPLAINT

Tim Cushing
TechDirt



Defendants

I. Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant Tim Cushing resides at Floor64, Inc., 370 Convention Way, Redwood City, CA 94063
Defendant TechDirt resides at Floor64, Inc., 370 Convention Way, Redwood City, CA 94063

II. The jurisdiction of the Court is invoked pursuant to 28 U.S. Code § 4101.

III. Journalist Tim Cushing published my address and other personal information on two websites (at least). Please see the following:

http://s3.documentcloud.org/documents/1183454/engvfox.txt

http://s3.documentcloud.org/documents/1183456/endvbaldwincomplaint.txt

He did this for the purpose of harassing me and writing this slanderous article:

https://www.techdirt.com/blog/?tag=kenneth+eng

Please see attached exhibits.

Cushing and his publisher TechDirt have been reported to the police. I have contacted "documentcloud.org", and they told me that they would not remove the material; that it was the journalist's responsibility.

IV. I am seeking $10,000,000 in damages from Tim Cushing.

June 17, 2014

*Kenneth Eng*

917-573-9453



| Insider Shop | Insight Community | Step2 |   Search Techdirt   [Search]

Preferences  Register  Sign In

Techdirt  Wireless News  Innovation  Case Studies  Startups
Main  Submit a Story  RSS
stories filed under: "kenneth eng"     EXPAND ALL POSTS | COLLAPSE ALL POSTS   Follow Techdirt



## Judge Reminds Vexatious Human Being That Ideas -- Even Techno-Dragons With Guns -- Are Not Protected By Copyright

Advertisement

from the *oh,-and-also-this-was-some-sort-of-hate-crime,-apparently* dept

Copyright
by Tim Cushing
Tue, Jun 10th 2014
5:27am

When someone accuses someone else of "stealing their ideas" in a legal filing, there's a good chance the lawsuit is doomed to fail. Ideas aren't protected. Expressions of those ideas are, but only as long as there's something significantly original about the expression(s) in question. Simply declaring that someone "stole" something isn't going to cut it.

Filed Under:
copyright,
dragons,
expression, ideas,
kenneth eng,
lawsuits

In a dismissal that runs longer than the complaint preceding it, a New York district court breaks it all down for the pro se complainant. Here are the original allegations.

Permalink

In January 2014, L'Poni Baldwin published a book called *The Society on Da Run: Dragons and Cicadas*. This book infringes on my book *Dragons: Lexicon Triumvirate*, which was published in 2005.

EXPAND ▼

Read More | 31 Comments



*Exhibit 1*

**Essential Reading**

**Hot Topics**

6.8  When Aaron Swartz Spoofed His MAC Address, It Proved He Was A Criminal; When Apple Does It, It's Good For Everyone

6.1  Techdirt Receives Its First 'Right To Be Forgotten' Request

6.0  City Of London Police Claim That 'The Tor' Is 90% Of The Internet, And Is A Risk To Society

**New To Techdirt?**

*Explore some core concepts:*

Advertising Is Content; Content Is Advertising

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

read all »

**Techdirt Reading List**

Copyfraud and Other Abuses of Intell...
Jason Mazzone (Hardcover - Oct 5, 2011)
$16.70

Hacking the Future: Privacy, Identity...
Cole Stryker (Hardcover - Sep 13, 2012)
$19.12

A Culture of Improvement: Technolo...
Robert Friedel (Paperback - Feb 26, 2010)
$21.40

No Law: Intellectual Property in the I...
David Lange, H. Jefferson Powell (Paperba...
$18.32

1 2 3 4 5 >
Privacy 

# Gmail

**COMPOSE**

Inbox (5)
Starred
Important
Sent Mail
Drafts
Circles
More

Kenneth

No recent chats
Start a new one

---

Rue La La - Cole Haan is here. - Cole Haan at up to 70% off retail. Today on Ru

## Complaint -- Urgent     Inbox x

**Kenneth Eng** DocumentCloud: There is a page on your web  2:46 PM (46 mi

**Ted Han** ted@documentcloud.org via knowt    3:18 PM (14 minutes ago)
to me, support

Hi Kenneth,

We don't remove documents uploaded by journalists except when properly rec
the DCMA or other appropriate legal authority. You can find our terms of servic
here: https://www.documentcloud.org/terms

The journalists who have accounts with DocumentCloud are generally receptive
requests to protect personal privacy (say redacting addresses), and you shoul
contact TechDirt and Tim Cushing to ask them to remove your personal inform
the document in question.

Best,

Click here to Reply, Reply to all, or Forward

Rue La La - Cole Haan is here.    Ads

Exhibit 2

Case Document 2 Filed 05/08/14 Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng

4266
Fiushing, NY31352
(In the mace above enter thefm?! mam 6(3) of the

COMPLAINT
-agaitzsb

Dan Casey Jury Trial: CI Yes NO
Nanteif (check one)
Circie of Confusion

FOX Group Legaf

Dan Jinks

(In the space above enter If;/on

camlot_fix the names ofall ofrhe in the space provided,

Plea?: write ?see at3?ac:?1od" in the space above and arms}: on  5
aa?dftz'ona2' Meet of paper wit}: the full of names?. The names -- -.

listed in the above caption mus?: be identical to those contained in I
Part I. Addresses should not be incfuded here-)

Parties in this complaint:

MAY ~8 2914

?mu.


I .- .

List your name, address and telephone number. If you are presently in custody,
include your.

identi?cation number and the name and address of your current place of
con?nement. Do the same

I.
A.

for any
Plaintiff
B.

additiona} plaintiffs named. Atzach additionai sheets of paper as necessary.

Kenneth Eng

Name
4266 Sauii Street

*Exhibit 3* (handwritten annotation)

Street Address
County City Rushing
State Zip Code NY17355
Teiephone Numbergz 7673-9453

List all defendants. You should state the full name of the defendant, even if that defendant is a

government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those

contained in the above caption. Attach sheets of paper as necessary.

Defendant No.

Rev. 05/zrm:

,9
?ag

c./Cgz


I Name Dan Casey
Street Address 2121 Avenue of the Stars, Suite FOO

Case Document 2 Filed 05/08/14 Page 2 of 4

County, City LA

State Zip Code 99?57
310359 3723

Teiephone umber

Nick Nanteil

Defendant No. 2 Name
Street Address Same as 3b?3??3
County, City
State Z,i'p Code
Telephone Number

Defendant No. 3 Name 03? Jinks
Street Address as above
County, City
State Zip Code
Telephone Number

Defendant No? 4 Name Circle oftilonfusiorz

street Address
County, City

State Zip Code
Telephone Number

IE. Basis for Juris?ietien:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28
U.S.C. 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case. Under 28 U.S.C. 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? (check oh? that apply)
5 Federai Questions  Diversity of Citizenship
8. Ifthe basis for jurisdiction is Federal Question, what federal Constitution statutory or treaty right

is at issue?
17 US. Code 503

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Flaintif?s) state(s) of citizenship
Defendant(s) state?s) of citizenship

Hi. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the
caption of this cotnpiaint is involved in this aotioo, along with the dates and locations of all relevant events.

Rev. 05/20! (1

What

happened
to you??




was anyone
eise
iavoh-ed?




he else

saw what
happened?

Case 1'14-cv-03734
Document 2
Pa
96 3 of 4

You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims Do not cite any cases or statutes. if you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?
New York, Los Angeies

B. What date and approximate time did the events giving rise to your ciaim(s) occur??
December 20, 2012

C- Facts:
Dan Casey and Nick Nanteli sto-ie my script, The Theory of Everything. 1 am accusing them of acquiring my script

whom i had writing; in April 2009. Tiieir script, whic?iiwvuas originally

eouireo by FOX, and is being produced! have also seen a nugiaer

?Evolved the Circie of Confusion and have ?rid-ticed striitiog similarities between theirfiims and screenpiays i had

Tiwei?heory of Everythiwogis substaritiaiiy siroiiar of Everything.

?11?v?1\
Dan Jinks is also irwoived in the production of the movieEnj dries:

If you sustained injuries related to the events alleged above, describe them and state what medical

treatment, if any, you required and

Rev. 05;? 0

Case Document 2 Filed 05/08/14 Page 4 of 4

V. Relief:
State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the ?oasis for such compensation.

I am seeking $5,000,000 in compensation from parties.

I declare under penalty of perjury that the foregoing is true and correct.

Signed day

Signature of Plaintiff

Mailing Address 4266 Sauii Street

Fiushmg, NY I 1355

Teiep hone Number

Fax Number (zfyou have one)

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. ?risoners
must aiso provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penaity of perjury that on this day of 20_m, I am delivering

this complaint to prison authorities to be mailed to the Pro Se Office District Court for
the Southern District of New York.

Signature of Plaintiff:

Inmate Number

Rev.

Document 1 Filed 03/10/14 Page 1 of 2 Page D 1

FILED

IN CLEFIKS 0
US DISTRICT

MARHI 2011?

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Eng
COMPLAINT BROOKLYN OFFICE

Plaintiff

L?PoniBaldwincv 1   . .-

  -1644?
Defendant 1   . ..
1. Parties

Plaintiff Kenneth Eng resides at 4266 Saull? Street, Flushing, NY 11355
Defendant L"Poni Baldwin (aka Nipaporn Baldwin) resides at unknown

II. The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE 501.

In January 2014, L?Poni Baldwin published a book called The Society on Da Run: Dragons and Cicadas. This book infringes on my book Dragons: Lexicon Triumvirate, which was published in 2005.

Ms. Baldwin? book involves ?Space Dragons?, which are identical to the space dragons in Dragons: Lexicon Triumvirate. Ms. Baldwin also used a ?Dragon God,? which is identical to the dragon god Dennagon in my book Dragons: Lexicon Triumvirate.

Ms. Baldwin also combines ?xturistic technology and dragons in her book, which is a
copy of the fact that I used fl.112U.1?IStiC technology and dragons in my book. She also
includes a dragon city and spaceships, which were also in my writing.

Furthermore, she has another book called Tamished: Tales of Broken Dragons and 300 Other Stories. This book involves aliens ?ghting dragons, which is identical to
the concept of one of my comic books, Dragons Vs. Aliens.

In addition, she has another book called Dragonworld ETC, which is a ripoff of a term I used in Dragons. Dragonworld in my writing referred to the dragons? homeworld.

In her saga, she also makes use of ?cybernetic dragons?, which was a creature in my
book (except in Dragons: Lexicon Triumvirate, they were called Technodragons). She also has the dragons using weapons, which is a ripoff? of my world where the dragons
use swords and guns.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 19 2014 ★

BROOKLYN OFFICE

Exhibit 4

I

Document 1 Filed 03/10/14 Page 2 of 2 Page D 2

As my book came out in 2005, it is my belief that she stole my writing. Research indicates that she is black. As I am a well-known Asian Supremacist, I believe she may have done this as an act of retaliation.

IV. I am seeking $10,000,000 in damages from Ms. Baldwin.

March 6, 2014

917-573-9453



4266 Sanford Ave.
Flushing NY 11355

Pro Se
US Dist. Court Eastern
225 Cadman Plaza East
Brooklyn NY 11201

USMS